UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF DANNY CECIL JONES, et al., | NO: 2:16-CV-0325-TOR |
| Plaintiffs, | ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| CITY OF SPOKANE, FRANK STRAUB, et al., | |
| Defendants. | |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 114). The parties have stipulated to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without an award of costs to any party.

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  **ACCORDINGLY, IT IS HEREBY ORDERED**:

2  1.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all

3  claims and causes of action in this matter are **DISMISSED** with prejudice and

4  without an award of costs to any party.

5  2.  All pending motions are **DENIED** as moot and all hearings are stricken

6  from the Court's calendar.

7  The District Court Executive is hereby directed to enter this Order, provide

8  copies to counsel, and **CLOSE** the file.

9  DATED February 28, 2018.

10

11  

12  THOMAS O. RICE
   Chief United States District Judge

13

14

15

16

17

18

19

20